

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2016

No. 04-15-00766-CV

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellant

v.

Liliana **DIAZ-MOORE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04661
Honorable Karen H. Pozza, Judge Presiding

## ORDER

In accordance with this court's supplemental opinion of this date, appellee's motion for rehearing is DENIED. This court's judgment of October 26, 2016, is CLARIFIED to limit the scope of the remand to a remand for a new trial on the issue of unliquidated damages.

It is so ORDERED on November 23, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2016.

_____
Keith E. Hottle, Clerk